# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SALVADOR BACA SANCHEZ,                    1:07-cv-00840-AWI-WMW (HC)

               Petitioner,

                                    **ORDER AUTHORIZING**
v.                                                            **IN FORMA PAUPERIS STATUS**

WARDEN, AVENAL STATE PRISON,

               Respondent.
_____/

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to

proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:**  **June 20, 2007**                    _____/s/  William M. Wunderlich_____
                                       UNITED STATES MAGISTRATE JUDGE